

**FIRST COURT OF APPEALS**
301 Fannin Street HOUSTON
Houston, Texas 77002-2066

20 MAR '15
PM 2 L

RE: Case No. 01-14-00584-CR

Style: Marco Antonio Moreno
v. The State of Texas

U.S. POSTAGE >> PITNEY BOWES
March 18, 2015
ZIP 77002 $ 000.34⁰
02 1W
0001372104 MAR 18 2015

The time for filing the **STATE'S** brief has expired. As of this date, neither the brief nor a motion for extension of time has been filed by the State's counsel. **If you intend to file a brief in this case, within 10 days of the date of this notice you must file a motion requesting an extension of time along with your brief or a motion to extend time to file a brief.** Please notify the Court within 10 days if you do not intend to file a brief.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

T. C. Case # 16198                    Christopher A. Prine, Clerk of the Court

APR 13 2015

CHRISTOP
CLERK

HER AIRPRINE

Marco Antonio Moreno
TDCJ#01926049
Holl...

Need correct
TDCJ number to ID

773  CC 1        7204/06/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*0593-10314-05-34